AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:25-mj-00233 |
| VINCENTE CORTES QUIROZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    VINCENTE CORTES QUIROZ                           ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Possessing a Firearm by an Alien, 18 U.S.C. § 922(g)(5)
False Statement During a Firearm Purchase, 18 U.S.C. § 922(a)(6)

Date: August 20, 2025

_____
*Youlee Yim You*
*Issuing officer's signature*

City and state:      Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/20/25 , and the person was arrested on *(date)* 8/19/25 at *(city and state)* _____ . |
| Date: 8/21/25 |

_____
*Arresting officer's signature*

PRINCE PLANTHARA  SA
*Printed name and title*