UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00077-AN |
| v. | INFORMATION |
| VINCENTE CORTES QUIROZ, | 18 U.S.C. § 933(a)(2) |
| Defendant. | Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Trafficking in Firearms)**
**(18 U.S.C. § 933(a)(2))**

Between on or about the May 16, 2023, and on or about March 20, 2025, in the District of Oregon, defendant **VINCENTE CORTES QUIROZ**, did receive from another person, in or otherwise affecting interstate or foreign commerce, multiple firearms, including but not limited to multiple .38 caliber Colt handguns, knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so,

In violation of Title 18, United States Code, Section 933(a)(2).

/ / /

/ / /

/ / /

**Information**                                                                                          **Page 1**

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Count 1 of this Information, defendant **VINCENTE CORTES QUIROZ** shall forfeit to the United States pursuant to 18 U.S.C. § 934(a)(1), any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, and pursuant to 18 U.S.C. § 924(d), any firearm or ammunition involved in or used in any knowing violation of the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: March 18, 2028

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Arin C. Heinz*
ARIN C. HEINZ, MIB # P80252
Assistant United States Attorney

**Information**                                                                 **Page 2**