Donovan J. Dunnion
Attorney at Law
600 West Broadway, Suite 700
San Diego, CA 92101
(619) 231-8688

Attorney for Defendant,
Vicente Cortes Quiroz

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICENTE CORTES QUIROZ,<br><br>Defendant. | Case No. 3:26-cr-00077-AN<br><br>DEFENDANT'S SENTENCING MEMORANDUM<br><br>Date: 08/27/2026<br>Time: 01:00 p.m.<br><br>Honorable Adrienne Nelson |

ADDENDUM OF EXHIBITS TO
DEFENDANT'S SENTENCING MEMORANDUM

## TABLE OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | USCIS Approval of Form I-821D (DACA) |
| B | Employment Authorization Document (EAD) |
| C | ATF/DHS Immigration-Check Email Reflecting Valid DACA/EAD |
| D | Inventory and Valuation of Mr. Cortes's Firearm Collection |
| E | Historical and Collector Materials Regarding Mr. Cortes's Firearm Collection |
| F | Firearm Dealer Communications Regarding Collector Components |
| G | Character and Community Reference Letters |
| H | Sinclairs Energy Solutions LLC Corporate Tax Records |
| I | Residential Stability Documentation |

EXHIBIT A

EXHIBIT A

# Case Status Online

## Case Approved

On March 10, 2025, we approved your Form I-821D, Consideration of Deferred Action for Childhood Arrivals, Receipt Number IOE0929696288, and sent you an approval notice. Please follow the instructions in your notice. If you do not receive your approval notice by April 9, 2025, please go to www.uscis.gov/e-request to request a copy of the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.



## Related Tools

### Change of Address

EXHIBIT B

EXHIBIT B


UNITED STATES OF AMERICA
EMPLOYMENT AUTHORIZATION
Surname
CORTES QUIROZ
Given Name
VICENTE
USCIS#
204-868-478
Category
C33
Card#
IOE0929696287
Terms and Conditions
None
Date of Birth
05 APR 1989
Sex
M
Country of Birth
Mexico
Valid From:
03/07/25
Card Expires:
03/06/27
NOT VALID FOR REENTRY TO U.S.


FORM I-766
Rev (12-2021)
52824766
UNITED STATES OF AMERICA
This card is not evidence of U.S. citizenship or permanent residence.
This document is void if altered, and may be revoked by the U.S. Government.
The person identified is authorized to work in the U.S. for the validity of this card.
36C
If found, drop in any US Mailbox. USPS: Mail to 7 Product Way, Lees Summit, MO 64002
IAUSA2048684787IOE0929696287<<
8904056M2703062MEX<<<<<<<<<<<0
CORTES<QUIROZ<<VICENTE<<<<<<<<

EXHIBIT C

EXHIBIT C

**From:** Vossler, Jordan
**To:** Planthara, Prince G. (ATF); McCutcheon, Chatham L
**Subject:** [EXTERNAL] RE: Immigration check
**Date:** Tuesday, April 29, 2025 12:15:33 PM
**Attachments:** image001.png

---

A204 868 478
CORTES-Quiroz, Vicente
POB/COC Mexico
Looks like he has valid DACA/EAD until 03/06/2027 that was last approved on 01/28/2025.
I didn't run his criminal history but if he has anything serious we can look into terminating his DACA that will likely be done after an conviction if you guys are going to charge him.

---

**From:** Planthara, Prince G. (ATF)
**Sent:** Tuesday, April 29, 2025 11:37 AM
**To:** Vossler, Jordan ; McCutcheon, Chatham L
**Subject:** Immigration check

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Gentlemen-
Interested in this guy's immigration background, as ATF is looking into him for trafficking guns to the cartel. Let me know.
Vicente CORTES-QUIROZ
4/05/1989
POB: Mexico
Thanks

Prince Planthara
Special Agent-Portland Field Office
Bureau of Alcohol, Tobacco, Firearms, & Explosives
1201 NE Lloyd Blvd
Suite 710
Portland, Oregon 97232
[redacted] (cell)

EXHIBIT D

EXHIBIT D

| GUN TYPE | PRICE | GRIPS |
|---|---|---|
| **1911 colt match .38 1-250** | $30000 | $1900 FZR |
| **1911 colt match .38 1-59** | $35,000 | $1900 FZR |
| **1911 colt match .38 1-199** | $15,000 | $2000 dragon ivory |
| **1911 colt match .38 match turnbull** | $20,000 | $2200 Mammoth & gold FZR |
| **1911 colt match .38 match vaquero** | $15,000 | $3200 pearl & gold FZR |
| **1911 colt match .38 nickel engraved** | $10,000 | $3000 dragon pearl |
| **1911 colt .38 OG blue** | $11,000 | $ 1600 mammoth carved |
| **1911 colt 38 match / gold cup sights engraved** | $9000 | |
| **1911 colt 38 pre/post** | $7000 | $2200 Eagle carved grips |
| **1911 colt 38 hand engraved gold plated** | $13000 | $1500 silver/ caballo toro |
| **1911 colt 38 pre war Nickel & gold** | $6500 | $1800 FZR gold/silver wolf & elk |
| **1911 colt 38 pre war Nickel & gold Non matching slide** | $5500 | $1800 FZR gold/silver Agile |
| **1911 colt 38 pre war royal blue & nickel parts** | $8500 | $1800 ivory/ silver bull |
| **1911 colt 38 pre war hand engraved by cash** | $13000 | $3500 pearl/FZR gold |
| **1911 colt 38 hand engraved 2nda royal &nickel parts** | $10000 | $1800 ivory/ silver bull |
| **1911 colt 38 4rta hand engraved by cash** | $9500 | $1600 pearl colt medallion |

| GUN TYPE | PRICE | GRIPS |
|---|---|---|
| 1911 colt 38 2nd Arturo rojas | $10000 | $200 agile grips |
| 1911 colt 38 4rta royal/ gold parts | $4500 | $1400 pearl grips |
| 1911 colt 38 CS engraved | $5500 | $2500 pearl dragon |
| 1911 colt 38 Santiago Leis | $8500 | $1900 pearl/libertad gold |
| 1911 colt 38 engraved gold dust | $8500 | $1700 skull |
| 1911 colt 38 gold cup/ gold inlay | $5000 | $1400 pearl grips |
| 1911 colt 38 2nd nickel | $5000 | $1100 MOP panel libertad coin |
| 1911 colt 38 2nd nickel and gold | $5000 | $1800 pearl gold coin |
| 1911 colt 38 katrina | $6000 | $1600 FZR katrina |
| 1911 colt 38 3ra factory nickel | $5000 | $1400 FZR katrina/ brass and silver |
| 1911 colt 38 4rta OG | $4000 | |
| 1911 colt 38 4rta OG | $4000 | |
| 1911 colt 38 4rta OG | $4000 | |
| 1911 colt 38 4rta 9mm/ wilson combat custom | $4500 | $1900 FZR vintage rooster |
| 1911 colt 38 4rta / frame of new series 70 Nighthawk custom | $4000 | $2000 FZR aztec calendar |
| 1911 colt 38 series 70 German import | $3500 | $1000 ivory colt med |
| 1911 colt 38 series 70 OG new | $3800 | $1000 ivory colt med |
| 1911 colt 38 series 70 Nickel | $3000 | $1000 colt silver med ivory |
| 1911 colt 38 capitan | $6500 | $1600 FZR |
| 1911 colt 38 el Rey | $5000 | |

| GUN TYPE | | PRICE | GRIPS |
|---|---|---|---|
| 1911 colt 38 100 year any | | $4000 | $1300 ivory/silver liberated medallion |
| 1911 colt 38 premier aguila mexicana | | $4000 | $1000 MOP panels |
| 1911 colt 38 premier 2 tone | | $3500 | $1200 cold gold med ivory |
| 1911 colt 38 DOD | | $3500 | |
| 1911 colt 38 Aztec empire consecutive #s x2 | | $140000 | |
| 1911 colt 38 aztec blue | | $5500 | |
| 1911 colt 38 Emiliano zapata | | $8500 | |
| 1911 colt el obra | | $7000 | $1800 ivory/gold 5 pesos coin |
| 1911 colt .45 nighthawk custom | | $2500 | $1400 FZR Morelos/ brass and silver |
| 1911 colt .45 premier gold | | $2500 | $1300 ivory gold coin |
| 1911 colt .45 gold hand engraved | | $3000 | $1400 pearl |
| 1911 colt .45 National match OG | | $4500 | $1700 FZR grips |
| 1911 colt .45 National match royal blue | | $4500 | $1500 FZR/Bull |
| 1911 colt .45 OG pre war | | $3500 | $1700 FZR |
| 1911 colt .45 1st | | $1800 | $800<br>Dads Grips not for sale |
| 1911 colt .45 Argentina | | $3500 | |
| 1911 colt .9mm nighthawk custom/ engraved | | $4000 | $1200 zirconia skulls |
| 1911 colt premier .38 blue | | $3600 | $1300 ivory gold coin |
| 1911 .22 browning | | $550 | |

| GUN TYPE | PRICE | GRIPS |
|---|---|---|
| Beretta Military type | $1000 | |
| Browning hi power nazi | $2200 | $1650 FZR |
| 1911 colt .9mm nighthawk | $3300 | $300 copper dragon |
| 1911 colt 9mm series 70 | $1800 | $1000 colt silver med ivory |
| 1911 colt el presidente & El patron Matching serial numbers | $15000 | |
| 1911 Colt CS OG | $4500 | $1000 colt gold med ivory |
| 1911 colt 45 1947 | $2300 | $ 800 christ carved mammoth |
| 1911 colt 3rd old school engraved | $4000 | $1700 FZR grips |
| 1911 mustang | $1200 | |
| Browning .300 | $1700 | |
| Browning .22 | $600 | |
| AR WMD | $1700 | |
| Christensen 6.5 | $3500 | |
| Christensen 300 PRC | $4000 | |
| Honey Badger | $3500 | |
| AR gold & Nickel | $2000 | |
| 1911 colt 38 matadore | $4500 | |
| 1911 colt talo dragon | $4000 | $3000 Pearl dragon carved |
| 1911 mustang long slide | $650 | |

EXHIBIT E

EXHIBIT E

*Figures 16-23: Left: The additional machining on top of the slide for install Right: Specially made up rear sight used on British order of adjustable sigh already done to adjustable sight slides. Lateral adjusting screw is inoperati machined on the head of the screw to allow for sight installation.*

border because of the Mexican Government's long time restriction on private ownership of any handgun caliber larger than .38.

The Philippine Islands also received small shipments throughout the 1930's. Also a large number of Super Matches were shipped to England in 1940 for the British Purchasing Commission to be used for the defense of the home front.

The British Purchasing Commission order consisted of a total of 309 pistols in two lots, both shipped on June 18, 1940, through the Winchester Repeating Arms Company, New Haven, Connecticut. The first lot consisted of 250 fixed sight Super Matches, with serial numbers scattered between the 19000 to 35000 serial range, that were all taken from standard production. *(See Figures 16-22.)*

The second lot of 59 pistols has a unique notation entered by its listing in the shipping ledgers–"H.R.S.". At least three of the pistols in this shipment have found their way back to the United States and been observed by the author. Apparently, all 59 of these pistols were originally scheduled (and already machined) to be adjustable sight versions but the three known to the author are fitted with a fixed rear sight of unique design. This rear sight was specially made up to fit into the existing wider slot that was cut for the Stevens Adjustable Sight. *(See Figures 16-23.)* The author believes that these 59 pistols were originally machined for the Stevens Sight but were never assembled with it. Instead, for practical

Sight would h
leave on a pi
"H.R.S." desi
unique to this
in the shipping
ing (that are f
carry the stan
abbreviation u
this type of s
pistol was equ
believes that
"High Rear Si
from this uni
this theory. M
in the 33000 r
and 34000 ra
*Color Plate 16*
It is the aut
advantage of s
substandard p
that function
meet quality s
point. Collect
was usable, it
threw it away.
wartime use,
could have bee
order as quickl
slide numberin
of the original r
nber 21903.




Dear Colt Collector:

Colt, by means of this letter, is proud to authenticate the manufacture of the Colt firearm with the following serial number:

COLT SUPER MATCH AUTOMATIC PISTOL

34801
.38 Super
5"
Blue
Not Listed
Winchester Repeating Arms Company
New Haven, Connecticut
British Purchasing Commission
New York, New York

Date of Shipment: June 18, 1940
Number of Same Type Guns in Shipment: 59

We trust you will find the historical information, retrieved from the original Colt shipping records, to be of interest.

Sincerely,

Beverly Jean Haynes

duction. *(See Figures 16-22.)*
The second lot of 59 pistols has a unique notation
entered by its listing in the shipping ledgers–"H.R.S."
At least three of the pistols in this shipment have
found their way back to the United States and been
observed by the author. Apparently, all 59 of these
pistols were originally scheduled (and already ma-
chined) to be adjustable sight versions but the three
known to the author are fitted with a fixed rear sight
of unique design. This rear sight was specially made
up to fit into the existing wider slot that was cut for
the Stevens Adjustable Sight. *(See Figures 16-23.)*
The author believes that these 59 pistols were
originally machined for the Stevens Sight but
were never ... for practical


SEND A GUN TO DEFEND A BRITISH HOME
PISTOLS—RIFLES—SHOTGUNS
BIRMINGHAM, ENGLAND
of British homes.
threat of invasion.
COLT SUPER MATCH





Here are two extremely rare .38 Colt Super matches

1 of 250

And 1 of 59

These were shipped to England during World War II

They are also documented by historian Douglas G Sheldon


COLT
SUPER 38
AUTOMATIC


COLT SUPER .38 AUTO

1 of 1 38 super engraved and incrusted with ounces of real gold

This is the work of art by Famous Arturo Rojas

His work is documented by TV channel VICE




El Patron
COLT 38 SUPER

Matching serial number 54

Rare Lee Horton colt 38 supers

Only 300 of these were made


COLT





Extremely rare 38 super 4 digit serial number

Factory engraved and restored to 24k gold and diamond grips


COLT


COLT'S PT F A MFG CO HARTFORD CT U S A

.38 súper with over 150 hrs of engraving work

1st edition



4 digit serial number in original bluing

Extremely difficult to find in this condition


El OBRA MAESTRA

And lastly number 17 serial number of 300 made

EXHIBIT F

EXHIBIT F




- CORTES told [redacted] that CORTES lives in Sheridan, OR and was from Mexico. [redacted] stated that he wasn't certain about CORTES's citizenship status but simply knew he was from Mexico.

- S/A Planthara asked [redacted] about what vehicle CORTES came in during firearms and accessory purchases. [redacted] responded it was a black pickup truck, like a work truck.

- S/A Planthara asked [redacted] how many handguns chambered in .38 super that he acquires. [redacted] responded that handguns chambered in .38 super constitute approximately 50% of his overall business, and that he specialized in these transactions as he did not want to compete with retailers like Sportsman's Warehouse or Kieth's Sporting Goods.

EXHIBIT G

EXHIBIT G

Forrest Healey, [redacted] Milwaukie, OR 97267

July 02, 2026

To Whom It May Concern

I met Vicente Cortes a little over 10 years ago at Installed Building Products. We worked as salesmen for the company. We both saw a work ethic in each other after a few months of working together that we just knew we could trust each other and became very good working partners and later friends. I have seen Vicente grow from just a sales guy into a Professional Business Owner. He is much braver than I am, I say that because we both could have started a business at the same time, and I didn't.

I have seen Vicente Cortes start and grow his business from nothing. I also saw Vicente when he was nervous after his first 3 months of starting his company and didn't know if he could make his company successful. But he stuck it out, he learned how to write bids, payroll, bookkeeping, how to make and run schedules and crews. It has been a little over 9 years now, He employs anywhere from 4-10 guys throughout the year depending on how busy the seasons gets.

I am a volunteer Drug & Alcohol Recovery Pastor for Revolution Church PDX for 5+ years, I also work with Metro Drywall as a salesman. Our church is near the Lents Park Neighborhood. I have run the Recovery Group at our church for 6+ years, where we have 14 people meet every Tuesday at 7pm for group that I direct.

I am very proud to call Vicente my friend and to work side by side with him, because he is a man of his word.
His character is unmatchable and dependable to say the least. Always taking care of his family.
I have seen him go through some tough times with his son; I encouraged him and prayed with him during these times. He had an offer to move away to Texas and start over. I encouraged him to stay close to his young son until he is over 18 and grown. Vicente chose to stay and not leave. I know that was hard for him, but today he knows he made the right decision.

We have worked together for over 9 years now. Watching him grow from just a regular sales-guy like me, to owning his company, then buying his property for his family getting ready to settle down. Knowing he had a place for the whole family to come. It has been a joy to see someone with such determination and heart.

I have seen many people in the drywall business, do some shady stuff and I can honestly say I have never seen Vicente cut any corners to make it faster.

Vilhauer Construction, Ironwood Custom Homes, Circulation Construction. Ridgecrest Custom Homes are just a few High End Custom Home Builders that Vicente and I do work with. All these builders trust Vicente completely with their Million dollar+ projects because they know what they get, while keeping the schedule right on time.

I foresee a great future with Vicente Cortes and his family in Sheridan, OR. My heart breaks to see what he is going through, when I know how hard he and his family has worked to get where they are today and how honest he is by keeping his word.

Feel free to call with any questions.

Thank You,

Forrest Healey

Forrest Healey

# Subject: Fwd: Carta hermano

**Jose Cortes** <[redacted] — Sun, Jul 12, 9:C
to Visente

Sent from my iPhone

Begin forwarded message:

> **From:** Elizabeth Mendoza Carrillo [redacted]
> **Date:** July 12, 2026 at 7:17:58 PM PDT
> **To:** [redacted]
> **Subject: Carta hermano**

**To Whom It May Concern:**

I am honored to write this letter in support of **Mr. Vicente Cortez Quiroz** for his immigration case. I have had the opportunity to know Vicente as a hardworking, honest, and compassionate man whose character has consistently reflected integrity and respect for others.

Mr. Cortez Quiroz has lived in the United States since **2003**. During this time, he has worked diligently to build a better life for himself and his family. As a business owner, he has demonstrated responsibility, determination, and a strong work ethic. He takes pride in his work and has earned the respect of those who know him through his honesty and commitment.

One of Vicente's greatest qualities is his willingness to help others. He is the type of person who goes out of his way to lend a helping hand to friends, neighbors, and anyone in need. Whether offering his time, support, or assistance, he is always willing to serve others without expecting anything in return. His kindness and generosity have made a positive impact on many people in our community.

Vicente is a man of good moral character who treats everyone with respect and dignity. He is dependable, responsible, and committed to being a positive member of society. His actions consistently reflect the values of honesty, compassion, and hard work.

I respectfully ask that you take into consideration Mr. Vicente Cortez Quiroz's years of residence in the United States, his dedication as a hardworking business owner, and his positive contributions to the community. I strongly believe he is a valuable member of our community and fully deserving of favorable consideration in his immigration matter.

Thank you for your time and thoughtful consideration.

Respectfully,

Jose Cortes Quiroz

[redacted] Salem OR 97301

[redacted]

Roberto Cortes,
[redacted] Beaverton, OR 97005
July 6, 2026

To Whom it May Concern

It has been a painful and heartbreaking experience to see what my uncle is going through. He is the last person to deserve this. My uncle Vicente is someone I look up to dearly because of what he has done for his brothers and family. Vicente took a risk in life in starting his own business not knowing what would come out of it. But with his determination, strength and discipline he stuck with it and has been very well ever since. I see my uncle Vicente much more than my uncle, I see him as a mentor and as a brother because of the beautiful relationship we have. I know I can count on him to be there for me and help guide me in life and in the drywall business. Vicente has always put his family first and would always do something for our family to enjoy and have a wonderful time together, whether it’s out camping , hunting or family events, he was the life of the party. To this day I'm even thankful he thought about taking me for my very first time to Disneyland and Las Vegas in one trip. A memory I am thankful for till this day. He will always be more than my uncle to me, he is my brother and I hope one day I can be as successful, kind hearted, and humble as he is. He came here as a little boy but with big dreams. He didn’t know one bit of English but that didn’t stop him from going to school and even later going on to finishing high school and getting his diploma. He then made his way up from being a laborer to being a salesman and then starting his own business. He has truly worked for everything he has in life and breaks my heart it is all trying to be ripped apart.

Patty Bautista
Licensed Tax Preparer
Affordable Tax Solutions

Affordable Tax Solutions
—Taxes & More—

10/08/2025

To Whom it may concern,

I met Vicente at the end of 2020 when he came into my office for a consultation to become a new business client. I have been working with him since, on his corporation's tax returns. Through the course of 5 years, I have known Vicente to be an educated, well-mannered, hard-working individual. I have seen his business grow over the years with his hard work. Vicente is not only a good person, but a good businessman and citizen. He is an honest, up right business owner who has paid all his tax debts and fees on time always. Vicente is one of our best and closest clients that through the years has understood what it means to be a business owner. I have always known him to be a business owner who does things the right way without taking shortcuts and instead putting in the hard work that is needed to build a business like he has. I do not believe Vicente is a danger or issue to society in any way, shape, or form. He has proven to be the exact opposite in the years I've had the pleasure of knowing him.

Sincerely,
Patricia Bautista
Corp-President and Tax Expert
PTIN Num [redacted]
IRS CAF Num [redacted]
EIN Num [redacted]

2700 NE Andresen Rd
ste D9 A. Vancouver, Washington 98661
360 326 3478
https://www.facebook.com/aftaxes/
Aftaxes@outlook.com

PREMIER CUSTOM HOMES

ANDY STEVENS
[redacted]

**To Whom It May Concern,**

My name is **Andy Stevens**, and I am the owner of **Premier Custom Homes**. I am writing on behalf of **Mr. Vicente Cortez** to respectfully request his release from custody.

I have known and worked with Vicente and his family for approximately ten years. During that time, I have come to know them as honest, hardworking, and dependable people. Vicente, in particular, has always impressed me with his professionalism, integrity, and dedication to his work and his family.

Over the years, Vicente has not only built a reputable business in the construction industry but has also helped several of his family members start and grow their own businesses. He is a natural leader who takes pride in mentoring others and supporting his community.

In my experience, Vicente is one of the most reliable subcontractors I have ever worked with. He always answers calls promptly, arrives prepared and on time, and completes every project with care and professionalism. His paperwork and business documentation are always submitted promptly and accurately. Through his example, he has even taught me lessons about organization and professionalism in business.

Vicente and his family have been a great asset to this community, both personally and professionally. I was truly surprised to hear about his current situation, as it does not reflect the person I have come to know over the past decade. I sincerely hope that he and his family can move forward and recover from this difficult time.

Thank you for your consideration.

Respectfully,
**Andy Stevens**
Owner, Premier Custom Homes

[redacted] · OREGON CITY, OR 97045
WWW.PREMIERCUSTOMHOMES.BIZ · ANDY@PCHOMES.BIZ · CCB# 155585

DAVID R. RUSH • GENERAL CONTRACTOR

[redacted] [redacted]

October 9, 2025

Dunnionlawoffice@gmail.com

RE: Vicente Cortes
Sinclairs Energy Solutions

To Whom It May Concern,

I am writing this letter as both a business and character reference for Vicente Cortes.

I am a General Contractor based in Portland, Oregon, and have been in business for over 27 years. I have had the pleasure of working with Vicente for more than 10 years, during which he has consistently proven to be a reliable and professional subcontractor.

Vicente is one of the few subcontractors who attends every estimating walk-through—regardless of the size of the project. He is typically the first to arrive and the first to submit his bid. He stands out for his dependability and integrity, always delivering on his commitments regarding timelines, budgets, and quality. Vicente and his crew conduct themselves with the highest level of professionalism.

Working with Vicente is truly one of the easiest and most seamless aspects of any project for Dave Rush Construction.

Vicente Cortes is a valued asset, not just to Dave Rush Construction, but to the construction industry in Portland, Oregon.

Sincerely,

Dave Rush
Owner, Dave Rush Construction, Inc.

Gmail

Donovan Dunnion <dunnionlawoffice@gmail.com>

---

**Vicente**
1 message

[redacted] Thu, Oct 9, 2025 at 4:58 PM
To: "dunnionlawoffice@gmail.com" <dunnionlawoffice@gm[redacted]l.com>

To whom it may concern,

I have known Vicente Cortes Quiroz for many years now as his building material supplier. Through that time, I have witnessed him build a very respectable business as a top 20 account of ours. He's always been diligent about making prompt payments month to month and kept the account in good standing. Through all my interactions with Vicente I have come to admire how professional and courteous he conducts himself. He has helped many folks acquire employment at Sinclairs Energy Solutions and kept them busy in a very slow economy. I would hope that he is able to continue the positive trajectory he was on.

Respectfully,

**Dustin Stansberry**
Branch Manager

Phone: [redacted]
Mobile: [redacted]
dustin.stansberry@lwsupply.com

[redacted]
Tigard, OR 97224
www.lwsupply.com

to whom it may concern

I am writing to provide a character reference for Vicente Cortes. I do not know the particulars of the crime Vicente is being charged with, nor can I speak to his guilt or innocence. It's also a bit of a trope to be surprised or shocked when someone you know is unexpectedly charged with a crime. But I am shocked and surprised.

I've known Vicente in a mostly professional capacity for more than (10) years. We first met when I was a project manager for Bird's Mouth Construction in Portland, Oregon. When I moved to right arm construction, I immediately lobbied my new employer to use Vicente for our insulation work. I have found Vicente to be an honest and competent business person. In our personal dealings, he has always struck me as a good person. Again, if you had asked me who among those I know would be a candidate for arrest, Vicente would not have been on that list.

Please let me know if there is anything else I can do to aid Vicente's defense. I sincerely hope this all works out for him.

Thank you, Jason

Jason Frick
Project Manager
Right Arm Construction
[redacted]
OR CCB# 159380

Donovan J Dunnion
Law Office of Donovan J Dunnion
600 West Broadway, Suite 700
San Diego, CA 92101
(619)231-8688
dunnionlawoffice@yahoo.com

To whom it may concern,

We've known Vicente for a long time now. We have worked alongside each other, helping each other out in our businesses. He has always been a hardworking, friendly, and respectful person both in and out of work. He's a great business owner and always our first call to help with a project. I always notice Vicente goes out of his way to support his friends & family by trying to help in making sure everyone is doing well mentally and physically. He's always giving great advice to the young future entrepreneurs who want to follow in his footsteps to become successful. I have never seen Vicente show any signs of disrespect towards anyone, whether it's an employee, client, or family member. He treats everyone with respect and is very welcoming, and he makes everyone feel comfortable. Vicente has always been honest in his profession and loves to help out the community by being a great contractor and friend.

Sincerely,
Hugo Hernandez

DATE: 10/12/25

**Donovan J Dunnion**
Law office of Donovan J Dunnion
600 West Broadway, Suite 700
San Diego, CA 92101
(619) 231-8688
dunnionlawoffice@yahoo.com

**October 09, 2025**

Dear Mr. Dunnion,

I met Vicente Cortes Quiroz in 2018, when I started dating a very good friend of his. Throughout the course of time. I got to meet Mr. Cortes Quiroz in a different type of light, going from a stranger to a friend.

Vicente has had a lot of challenges throughout his life that he has overcome over time. However Vicente has devoted himself to his work that soon after turn into running his own business that he runs full time.

His family is his priority. Vincente has bought his own home, and he continues to strive to be part of a community that he has known for years. I have witnessed him being a great friend. Being there for people when times are hard when there is no control of the situation. He should not be put in a position where he has to worry about his future, and he is still expected to take care of his family. It would be very hard for his son to try and hold everything down when Mr. Cortes Quiroz has been the pillar for them.

It would be very disappointing to see how he has made his own success story in a country that everyone wishes to be given the opportunity to be part of with the limited resources he once had. He is the head of household, bread winner, but not only does his family count on him, but his employees depend on him too. He also has a child that in my personal opinion needs a father just as they need their mother in their life.

I am aware of the seriousness of this matter, and I have personal knowledge of how our criminal system works. However I also have first hand experience when families go through this system it is very detrimental to their own well being. I encourage you to take into consideration every letter submitted and everyone point of view to show the side that system has not seen of Mr. Cortes Quiroz is a true citizen to our community.

Sincerely,

Rubi Rodriguez Alejandro, Victim Advocate Washington County, Newberg Or, 971-312-6535

EXHIBIT H

EXHIBIT H

Form **1120-S** Department of the Treasury Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123 **2023**

For calendar year 2023 or tax year beginning , 2023, ending , 20

A S election effective date: 07-27-2016
B Business activity code number (see instructions): 238300
C Check if Sch. M-3 attached ☐

TYPE OR PRINT
Name: SINCLAIRS ENERGY SOLUTIONS LLC
Number, street, and room or suite no. If a P.O. box, see instructions: 1230 MAIN STREET
City or town, state or province, country, and ZIP or foreign postal code: Portland OR 97220

D Employer identification number: [redacted]
E Date incorporated: 07-27-2016
F Total assets (see instructions): $ 27,165

G Is the corporation electing to be an S corporation beginning with this tax year? See instructions ☐ Yes ☒ No
H Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination
I Enter the number of shareholders who were shareholders during any part of the tax year: 1
J Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

Caution: Include only trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| Section | Line | Description | Line | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 2,042,595; b Less Returns and allowances; c Balance | 1c | 2,042,595 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 1,418,359 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 624,236 |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| | 5 | Other income (loss) (see instructions - attach statement) | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 624,236 |
| Deductions (see instructions for limitations) | 7 | Compensation of officers (see instructions - attach Form 1125-E) | 7 | |
| | 8 | Salaries and wages (less employment credits) | 8 | 131,763 |
| | 9 | Repairs and maintenance | 9 | 5,152 |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | 14,751 |
| | 12 | Taxes and licenses — Whs Tax/Lic | 12 | 10,259 |
| | 13 | Interest (see instructions) | 13 | |
| | 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 118,863 |
| | 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| | 16 | Advertising | 16 | 2,253 |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Energy efficient commercial buildings deduction (attach Form 7205) | 19 | |
| | 20 | Other deductions (attach statement) — Statement #2 | 20 | 134,003 |
| | 21 | **Total deductions.** Add lines 7 through 20 | 21 | 417,044 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | 22 | 207,192 |
| Tax and Payments | 23a | Excess net passive income or LIFO recapture tax (see instructions) — 23a | | |
| | b | Tax from Schedule D (Form 1120-S) — 23b | | |
| | c | Add lines 23a and 23b (see instructions for additional taxes) | 23c | |
| | 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year — 24a | | |
| | b | Tax deposited with Form 7004 — 24b | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) — 24c | | |
| | d | Elective payment election amount from Form 3800 — 24d | | |
| | z | Add lines 24a through 24d | 24z | |
| | 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | 25 | |
| | 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | 26 | |
| | 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | 27 | |
| | 28 | Enter amount from line 27: **Credited to 2024 estimated tax** Refunded | 28 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☒ No

VICENTE CORTES — Signature of officer — Date — PRESIDENT — Title

**Paid Preparer Use Only**
Print/Type preparer's name: PATRICIA BAUTISTA
Preparer's signature
Date: 10-08-2025
Check ☐ if self-employed
PTIN: P00638065
Firm's name: AFFORDABLE TAX SOLUTIONS
Firm's EIN: 90-1177638
Firm's address: 1210 N GRAND BLVD Vancouver WA 98661
Phone no. (360)513-1614

For Paperwork Reduction Act Notice, see separate instructions. Form 1120-S (2023)

671121

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1120-S)** **2023**
Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year

beginning 2023 ending

## Shareholder's Share of Income, Deductions, Credits, etc.

See separate instructions.

### Part I Information About the Corporation

**A** Corporation's employer identification number
[redacted]

**B** Corporation's name, address, city, state, and ZIP code
SINCLAIRS ENERGY SOLUTIONS LLC

1230 MAIN STREET

Portland OR 97220

**C** IRS Center where corporation filed return
Ogden

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . . 100
End of tax year . . . . . . . . . . . 100

### Part II Information About the Shareholder

**E** Shareholder's identifying number
[redacted]

**F** Shareholder's name, address, city, state, and ZIP code
Vicente Cortes

11380 SW Walnut St
Portland OR 97223

**G** Current year allocation percentage . . . . . . 100.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . . . 100
End of tax year . . . . . . . . . . . 100

**I** Loans from shareholder
Beginning of tax year . . . . . . . . . $
End of tax year . . . . . . . . . . . $

For IRS Use Only

### Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 207,192 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked . . . . . . . ☐ | |
| 15 | Alternative minimum tax (AMT) items | |
| 16 | Items affecting shareholder basis | D 102,000 |
| 17 | Other information | AC 2,042,595 |
| | | V* STMT |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S. www.irs.gov/Form1120S Schedule K-1 (Form 1120-S) 2023
EEA

## Schedule K-1 Distribution Information

(This page is not filed with the return. It is for your records only.)

**2023**

Shareholder's name: Vicente Cortes

Shareholder's ID Number: [redacted]

Name of S Corporation: SINCLAIRS ENERGY SOLUTIONS LLC

S Corporation's EIN: [redacted]

| Date of Distribution | Total Amount of Distribution | Ownership % at Date of Distribution | Shares | Shareholder's Pro Rata Share of Distribution |
|---|---|---|---|---|
| 01-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| 02-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| 03-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| 04-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| 05-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| 06-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| 07-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| 08-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| 09-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| 10-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| 11-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| 12-20-2023 | 8,500 | 100.00 | 100.00000 | 8,500 |
| **Total** | | | | **102,000** |

K1_DISTLD

Form **1120-S**

Department of the Treasury Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

**Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.**

**Go to *www.irs.gov/Form1120S* for instructions and the latest information.**

OMB No. 1545-0123

**2024**

For calendar year 2024 or tax year beginning , 2024, ending , 20

| | | |
|---|---|---|
| A S election effective date: 07-27-2016 | Name: SINCLAIRS ENERGY SOLUTIONS LLC | D Employer identification number: [redacted] |
| B Business activity code number (see instructions): 238300 | TYPE OR PRINT — Number, street, and room or suite no. If a P.O. box, see instructions.: 1230 MAIN STREET | E Date incorporated: 07-27-2016 |
| C Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code: Portland OR 97220 | F Total assets (see instructions): $ 21,324 |

G Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

H Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination

I Enter the number of shareholders who were shareholders during any part of the tax year . . . . . 1

J Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 2,075,938 b Less returns and allowances c Balance | 1c | 2,075,938 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 870,269 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1,205,669 |
| | 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| | 5 | Other income (loss) (see instructions - attach statement) | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 1,205,669 |
| Deductions (see instructions for limitations) | 7 | Compensation of officers (see instructions - attach Form 1125-E) | 7 | |
| | 8 | Salaries and wages (less employment credits) | 8 | 85,863 |
| | 9 | Repairs and maintenance | 9 | |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | 16,200 |
| | 12 | Taxes and licenses . . . Whs Tax/Lic | 12 | 23,974 |
| | 13 | Interest (see instructions) | 13 | |
| | 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 5,841 |
| | 15 | Depletion (do not deduct oil and gas depletion.) | 15 | |
| | 16 | Advertising | 16 | 1,227 |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Energy efficient commercial buildings deduction (attach Form 7205) | 19 | |
| | 20 | Other deductions (attach statement) . . . Statement #2 | 20 | 918,867 |
| | 21 | **Total deductions.** Add lines 7 through 20 | 21 | 1,051,972 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | 22 | 153,697 |
| Tax and Payments | 23a | Excess net passive income or LIFO recapture tax (see instructions) | 23a | |
| | b | Tax from Schedule D (Form 1120-S) | 23b | |
| | c | Add lines 23a and 23b (see instructions for additional taxes) | 23c | |
| | 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | 24a | |
| | b | Tax deposited with Form 7004 | 24b | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 24c | |
| | d | Elective payment election amount from Form 3800 | 24d | |
| | z | Add lines 24a through 24d | 24z | |
| | 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | 25 | |
| | 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | 26 | |
| | 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | 27 | |
| | 28 | Enter amount from line 27: **Credited to 2025 estimated tax** Refunded | 28 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☒ No

VICENTE CORTES — Signature of officer — Date — PRESIDENT (Title)

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| PATRICIA BAUTISTA | | 10-08-2025 | | P00638065 |

Firm's name: AFFORDABLE TAX SOLUTIONS LLC — Firm's EIN:

Firm's address: 1210 GRAND BLVD Vancouver WA 98661 — Phone no. (360)513-1614

**For Paperwork Reduction Act Notice, see separate instructions.** Form 1120-S (2024)

671124

OMB No. 1545-0123

☐ Final K-1 ☐ Amended K-1

**Schedule K-1 (Form 1120-S)** **2024**

Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

beginning 2024 ending

## Shareholder's Share of Income, Deductions, Credits, etc.

See separate instructions.

**Part I Information About the Corporation**

A Corporation's employer identification number
[redacted]

B Corporation's name, address, city, state, and ZIP code
SINCLAIRS ENERGY SOLUTIONS LLC

1230 MAIN STREET

Portland OR 97220

C IRS Center where corporation filed return
Ogden

D Corporation's total number of shares
Beginning of tax year . . . . . . . . 100
End of tax year . . . . . . . . . . . 100

**Part II Information About the Shareholder**

[redacted] Shareholder's identifying number
[redacted]

F1 Shareholder's name, address, city, state, and ZIP code
Vicente Cortes

11380 SW Walnut St
Portland OR 97223

F2 If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting
TIN Name

F3 What type of entity is this shareholder? Individual

G Current year allocation percentage . . . . . . 100.00000 %

H Shareholder's number of shares
Beginning of tax year . . . . . . . . . 100
End of tax year . . . . . . . . . . . 100

I Loans from shareholder
Beginning of tax year . . . . . . . . . $
End of tax year . . . . . . . . . . . . $

For IRS Use Only

**Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 153,697 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . . . ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| 10 | Other income (loss) | | |
| 11 | Section 179 deduction 32,260 | 17 | Other information AC 2,075,938 |
| 12 | Other deductions | | V* STMT |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*

* See attached statement for additional information.

EXHIBIT I

EXHIBIT I

**Kami Hampton**

**From:** Holly Roberson <[redacted]
**Sent:** Monday, June 9, 2025 7:31 AM
**To:** Kami Hampton
**Cc:** jorge luis sanchez ortega; Leo Aguiar
**Subject:** [External] 9160 SW Gopher Valley Road - Cortes Quiroz

The Closing Package for 9160 SW Gopher Valley Road has been sent to you in a separate email, please let me know if you do not receive it.

For FUNDING AUTHORIZATION, please email the COMPLETE CLOSING PACKAGE along with the items below to [redacted] and Overnight ONLY the NOTE back to Southwest Funding, LP at 13150 Coit Road, Suite 100, Dallas, TX 75240

Additional Funding Conditions

1) Final VOE dated within 10 Days of the Note Date (RECEIVED)

2) Hold Harmless for Well and/or Septic

3) Tax Returns to be Signed at Closing

4) Exhibit A

5) Flood Insurance Application Signed by Borrower

6) Lock - Update Appraised Value

Thank you!

Holly Roberson
*Closer/Funder*
**Phone:** (972) 925-9338 | **Fax:** (214) 722-5597
**NMLS:** 32139

SOUTHWEST FUNDING
**A Better Way to Mortgage**

# DATA ENTRY PROOF SHEET

## LOAN DETAILS

Lender Name **Southwest Funding, LP**

Lender Rep **Jorge Sanchez**
Lender Phone # **214-221-5215**
Alt Lender Name **N/A**

Client ID [redacted]

Processing Request GUID
[redacted]

Investor
Investor Loan#

First-Lien **YES**
Purch/Refi **PURCHASE**

Loan Type **FHA**
Plan Code #
Plan ID **00000094**
Program Code Description **FHA Fixed Rate Open Term**

Loan Number [redacted]
FHA Section Number **203B**
Application Date **April 11, 2025**
Lock Expiration Date **June 13, 2025**
Doc Date **June 9, 2025**
Closing Date **June 9, 2025**

Mers Min Number [redacted]
Case Number [redacted]
Rescission Date
Disbursement Date **June 9, 2025**
Signing Date **June 9, 2025**
1st Pay Date **August 1, 2025**
Maturity Date **July 1, 2055**

Broker Company Name

Broker Contact
Broker Phone

## TERMS

Appraised Value **$720,000.00**
Sales Price **$720,000.00**
Loan Amount **$706,959.00**
Payment **$4,526.74**
Subordinate Financing
Adjustable **NO**
1st Int Chg Months
Adj. Period Months
Initial Cap
Periodic Cap **0.000 %**
Life Cap

Term **360**
Due In **360**
Interest Rate **6.625 %**
Interest Only Months **N/A**
Total Payment (PITI) **$5,263.26**

APR % **7.592 %**
Margin %
Index %
Floor Rate
Floor Verbiage

Convertible: **No**

PREPAY: **NO**

BUYDOWN: **NO**

## PROPERTY INFORMATION

Address **9160 SW Gopher Valley Road**

City **Sheridan**
State **OR**
Unincorporated Area
Property Type **Single Family Residence**
Condo/PUD Name

County **Yamhill**
Zip **97378**

Number of Units **1**

Flood Required **YES**
Flood Cert Number **1221165656**

Property will be **Primary Residence**

# Instructions to Escrow/Title/Closing Agent

## Transaction Details

**From**

Southwest Funding, LP
13150 Coit Road
Suite 100
Dallas, TX 75240
PHONE: 972-925-9338
FAX: 214-722-5953
Holly Roberson, hroberson@swfunding.com

**Loan Details**

LOAN #: [redacted]

Case #: [redacted]

MIN #: [redacted]

Borrower Name(s): Vicente Cortes Quiroz

Loan Type: FHA

**To**

ESCROW #:
ATTN:
PHONE:
FAX:

**To**

TITLE #:
ATTN: Kami Hampton
First American Title Insurance Company
807 Main Street, PO Box 451
Dallas, OR 97338
PHONE: 503-623-5513
FAX:

| | | | | | |
|---|---|---|---|---|---|
| Last Loan Estimate Received: | 05/15/2025 | Loan Amount: | $706,959.00 | Principal and Interest: | $4,526.74 |
| Initial Closing Disclosure Received: | 05/16/2025 | Appraised Value: | $720,000.00 | Estimated Taxes: | $189.90 |
| Document Date: | 06/09/2025 | Sales Price: | $720,000.00 | Hazard Insurance: | $136.50 |
| Closing Date: | 06/09/2025 | Interest Rate %: | 6.625 % | Flood Insurance: | $93.24 |
| Signing Date: | 06/09/2025 | Loan Term: | 30 years | Mortgage Insurance: | $316.88 |
| Disbursement/Settlement Date: | 06/09/2025 | Loan Purpose: | Purchase | City Property Tax: | |
| Rescission Date: | | Occupancy: | OWNER | | |
| Consummation Date: | 06/09/2025 | Lien Position: | FirstLien | | |
| Interest Rate Expiration Date: | 06/13/2025 | First Payment Date: | 08/01/2025 | | |
| | | Maturity Date: | 07/01/2055 | Total: | $5,263.26 |

## Property

**Property details should read as follows:**

9160 SW Gopher Valley Road
Sheridan, OR 97378

## Vesting

**The vesting details should read as follows:**

VICENTE CORTES QUIROZ, A MARRIED MAN

## Questions

**All questions concerning these instructions, conditions and funding procedures should be...**

Directed to: Holly Roberson

At: Southwest Funding, LP

Phone: 972-925-9338

Fax: 214-722-5953

E-MAIL: hroberson@swfunding.com

ALL DOCUMENTS MUST BE IN OUR OFFICE 48 HOURS AFTER SIGNING OF LOAN DOCUMENTS.
This Loan MUST CLOSE BY 06/09/2025.
Failure to comply with these instructions may delay funding.

In the event this loan does not close on the date indicated in these closing instructions; or, if the loan documentation does not conform to the information stated herein, DO NOT CLOSE THE LOAN WITHOUT NOTIFYING THE CREDITOR.

# Loan Disbursement Instructions

Lender: Southwest Funding, LP, a Limited Partnership

Date: 06/09/2025

Loan #: [redacted]

MIN #: [redacted]

Borrower Name(s): Vicente Cortes Quiroz

Loan Amount: $706,959.00

Property Address: 9160 SW Gopher Valley Road
Sheridan, OR 97378

**PAYMENT CATEGORIES:**

- **Financed** = The portion of the fee financed as part of the loan amount. This amount is paid through the proceeds of the loan;
- **PTC** = (Paid through Closing) The portion of the fee paid from the borrower's own funds as part of the closing process paid by cash or check;
- **PAC** = (Paid at Closing) The portion of the fee paid at closing by the borrower, seller, broker, lender other;
- **POC** = (Paid outside Closing) The portion of the fee paid before loan is closed.

**CALCULATION METHODOLOGY:**

- **Borrower (Financed + PTC = PAC) + POC = Total Borrower Amount Paid**
- **Seller/Broker/Lender/Other PAC + POC = Total Amount Paid by Seller/Broker/Lender/Other**
- **Total Amount = The total summation of Borrower, Seller, Broker, Lender and Other paid costs**

(*) = Impacts APR

**PLEASE COLLECT/DISBURSE THE FOLLOWING:**

| Origination Charges | | | | | | Total Amount |
|---|---|---|---|---|---|---|
| 1.5 % of Loan Amount (Points) | | Paid To: Southwest Funding LP | | | | $10,604.39 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | | * $10,604.39 | * $10,604.39 | | |
| Administration Fee | | Paid To: Southwest Funding LP | | | | $200.00 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | | * $200.00 | * $200.00 | | |
| Processing Fees | | Paid To: Southwest Funding LP | | | | $600.00 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | | * $600.00 | * $600.00 | | |
| Underwriting Fees | | Paid To: Southwest Funding LP | | | | $995.00 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | | * $995.00 | * $995.00 | | |
| **Services - Borrower Did Not Shop** | | | | | | **Total Amount** |
| Appraisal Fee | | Paid To: ZAP Appraisals, LLC | | | | $925.00 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | | | | $925.00 | |
| Credit Report | | Paid To: Certified Credit | | | | $79.00 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | | $79.00 | $79.00 | | |
| Inspection Fee | | Paid To: ZAP Appraisals, LLC | | | | $225.00 |
| | | Financed | PTC | PAC | POC | |
| | Lender | | | | $225.00 | |
| Mortgage Insurance Premium | | Paid To: HUD | | | | $12,159.00 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | * $12,159.00 | | * $12,159.00 | | |
| **Services - Borrower Did Shop** | | | | | | **Total Amount** |
| Title - Endorsements | | Paid To: First American Title Insurance Company | | | | $100.00 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | | $100.00 | $100.00 | | |
| Title - Lender's Title Insurance | | Paid To: First American Title Insurance Company | | | | $2,159.00 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | | $2,159.00 | $2,159.00 | | |
| Title - Recording Services | | Paid To: First American Title Insurance Company | | | | $10.00 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | | * $10.00 | * $10.00 | | |
| Title - Settlement Fee | | Paid To: First American Title Insurance Company | | | | $2,425.00 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | | * $1,212.50 | * $1,212.50 | | |
| | Seller | | | $1,212.50 | | |
| Title - Signing Fee | | Paid To: First American Title Insurance Company | | | | $350.00 |
| | | Financed | PTC | PAC | POC | |
| | Borrower | | * $200.00 | * $200.00 | | |
| | Seller | | | $150.00 | | |
| **Recording Fees, Transfer Taxes and Other Government Fees** | | | | | | **Total Amount** |
| Recording Fees (Deed $113.00:Mortgage $248.00:Releases $0.00) | | Financed | PTC | PAC | POC | $361.00 |
| | Borrower | | $361.00 | $361.00 | | |



005

FOREMOST INSURANCE GROUP

Date: 05/29/2025

# CERTIFICATE OF INSURANCE

**New Hampshire:**
This certificate is issued as a matter of information only and confers no rights upon the certificate holder. This certificate does not amend, extend, or alter the coverage, terms, exclusions, and conditions afforded by the policy or policies referenced herein.

**All Other States:**
This certificate is issued as a matter of information only and confers no rights upon the certificate holder. This certificate does not affirmatively or negatively amend, extend or alter the coverage, terms, exclusions, conditions, or other provisions afforded by the policy referenced herein.

In the event the policy is canceled prior to the expiration date, notice will be delivered in accordance with the policy provisions.

**YOU AS NAMED INSURED AND YOUR ADDRESS**

VICENTE CORTES QUIROZ
9160 SW GOPHER VALLEY RD
SHERIDAN, OR 97378-9758

**Policy Number:** [redacted]

Policy Period: From 06/02/2025 To 06/02/2026 12:01 A.M. Standard Time

Effective Date of Change: (EN only)

Underwritten by: Foremost Insurance Company Grand Rapids, Michigan NAIC# 11185

| **DWELLING INFORMATION** | Serial Number: (MH only) |
|---|---|
| Address: | Unit Covered: (MH only) |
| 9160 SW GOPHER VALLEY RD, SHERIDAN, OR 97378-9758 | |
| Policy Form: Foremost Homeowners | Dwelling Use: Primary |

| **ADDITIONAL INTEREST #1** | Loan Number: 1251002531845 |
|---|---|
| SOUTHWEST FUNDING, LP, ISAOA/ATIMA<br>13150 COIT RD SUITE 100<br>DALLAS, TX, 75240-5775 | |
| Type: First Mortgagee | |

| **ADDITIONAL INTEREST #2** | Loan Number: |
|---|---|
| Type: | |

To obtain additional policy information, please contact:

**Agent Name:** LYSAKER,ROBERT H, FARMERS INSURANCE GROUP

**Telephone Number:** 503-434-5683

Form 745158 02/19

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

ARIN HEINZ arin.heinz@usdoj.gov

*s/Donovan J. Dunnion*____
DONOVAN J. DUNNION
Attorney for Defendant
Vicente Cortes Quiroz